# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **QOTD FILM INVESTMENT LTD**<br><br>        Plaintiff,<br>v.<br><br>**MARTIN SMITH, et al**<br><br>        Defendants. | Case No. 16-cv-11275<br>Hon. Matthew F. Leitman |

## ORDER TO DISMISS

The Plaintiff has filed a notice of voluntary dismissal of the case. None of the remaining defendants have entered an appearance. IT IS HEREBY ORDERED THIS CASE IS DISMISSED WITHOUT PREJUDICE.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 14, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 14, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113